**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**                    **CRIMINAL ACTION**

**VERSUS**                                       **NO. 06-180**

**FRANCISCO ACOSTA-PEREZ**                       **SECTION: "B"(5)**

## ORDER AND REASONS

Petitioner's motion for relief from judgment is **GRANTED**. However, in granting this motion, the Court is doing so in order to perfect the record in light of asserted claims of ineffectiveness of petitioner's prior counsel. In that regards, petitioner is granted until **October 10, 2009** to file an affidavit from petitioner's prior counsel. Said affidavit shall be responsive to pertinent §2255 claims here. Within 10 days after said filing, the government, if needed, shall file its response to the affidavit from prior defense counsel. Thereafter, the Court will issue a ruling based on parties' submissions or receive oral argument if needed, on issues presented by the affidavit from prior counsel.

The Court is mindful of precedent relative to ineffectiveness claims that require record development, particularly if credibility determinations are required. Further, movant's counsel's severe

illness during relevant periods here prevented that development and
constitutes an extraordinary circumstance warranting relief here,
albeit limited.

New Orleans, Louisiana, this 30th day of September, 2009.


_____
UNITED STATES DISTRICT JUDGE